UNITED STATES of America, Plaintiff—Appellee,

v.

Juan MARTINEZ–CORONADO, Defendant—Appellant.

No. 00–10094.

D.C. No. CR–99–00341–FRZ.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 18, 2002.

Before FARRIS, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Juan Martinez–Coronado appeals from his guilty plea conviction and sentence for transporting illegal aliens and bringing an illegal alien to the United States, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii). Coronado's counsel has filed a motion pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that there are no arguable issues for review and seeking to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues.

Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.